# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. CODE and STEVEN E. KROLL,<br><br>Plaintiffs,<br>vs.<br><br>VAIL RESORTS, INC.,<br><br>Defendant. | Case No. 3:19-CV-00728-RCJ-CLB<br><br>Order for Dismissal with Prejudice |

Pursuant to Federal Rule of Civil Procedure 41, it is hereby stipulated between Plaintiffs Ronald L. Code and Steven E. Kroll, by and through Counsel, Steven E. Kroll for Plaintiffs, and Defendant Vail Resorts, Inc. ("VRI"), by and through Counsel D. Lee Roberts, Jr. and Josephine E Groh (collectively referred to as "the Parties"), that upon approval of the Court, the above-captioned action be, and it thereby is, dismissed with prejudice, each party to bear their own fees and costs.

Steven E. Kroll • Attorney at Law
P.O. Box 8 • Crystal Bay, NV 89402
Tel: 775-410-9715
eMail: Krolllaw@mac.com

DATED this 17 day of June, 2020.

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

*(signature)*

Steven E. Kroll
550 Gonowabie Rd. Box 8
Crystal Bay, Nevada 89402
(775) 410-9715
KrollLaw@mac.com

*Attorney for Plaintiffs*

*(signature)*

D. Lee Roberts, Jr.
LRoberts@wwhgd.com
Josephine E. Groh, Esq.
JGroh@wwhgd.com
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Vail Resorts, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated June 29, 2020.

*(signature)*

UNITED STATES DISTRICT JUDGE